UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23139-CIV-MORENO/O'SULLIVAN

MORGAN STANLEY SMITH BARNEY
LLC and MORGAN STANLEY SMITH
FA NOTES HOLDINGS, LLC,

      Petitioners,

v.

LLOYD KOLOKOFF,

      Respondent.
_____/

## AMENDED ORDER
### (Change in Evidentiary Hearing Date Only)

THIS MATTER is before the Court on the Respondent's Status Report (DE# 60, 7/20/14) and the Petitioners' Notice re Matters Needing to Be Resolved by the Court Relating to Respondent's October 1, 2013 Motion to Dissolve August 20, 2013 Writ of Garnishment Issued to Raymond James & Associates, Inc., Pursuant to Court's May 27, 2014 Order (DE# 61, 7/28/14).  Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Kolokoff's Motion to Dissolve Writ of Garnishment (DE# 30, 10/1/13) is **DENIED without prejudice to renew**. The respondent may re-file his motion to dissolve the writ of garnishment no later than **Monday, August 11, 2014**. The re-filed motion shall address the arguments raised in the Petitioners' Notice re Matters Needing to Be Resolved by the Court Relating to Respondent's October 1, 2013 Motion to Dissolve August 20, 2013 Writ of Garnishment Issued to Raymond James & Associates, Inc., Pursuant to Court's May 27, 2014 Order (DE# 61, 7/28/14). If the motion is re-filed, the petitioners shall file their response no later than **Monday, August 25, 2014**.  The respondent may file a reply no later than **Tuesday, September 1, 2014** at **5:00 PM**. It is further

ORDERED AND ADJUDGED that an evidentiary hearing on any re-filed motion to dissolve the writ shall take place before the undersigned on **Tuesday, September 9, 2014,** at **9:00 AM,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128.  Request for continuance of this cause shall not be considered unless

addressed to this Court in the form of a written motion. The evidentiary hearing previously set before the undersigned for September 5, 2014 is CANCELLED.  It is further

ORDERED AND ADJUDGED that on or before **Friday, August 22, 2014,** the respondent shall provide the petitioners with all documents required under the Court's prior Order (DE# 50, 5/27/14).

DONE AND ORDERED, in Chambers, at Miami, Florida this **29th** day of July, 2014.

JOHN  J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All counsel of record